```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMILTON SUNDSTRAND CORPORATION;
RATIER-FIGEAC SAS,

                      Plaintiffs,

                      v.

AIRCRAFT PROPELLER SERVICE, LLC,

                      Defendant.

No. 19-CV-6472 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court will have a telephone conference to discuss Plaintiffs' pending motion to dismiss four of Defendant's counterclaims on July 10, 2020 at 1:30 p.m. The parties shall use the following dial-in information for the conference:

      Call-In Number: (888) 363-4749
      Access Code: 1015508

The parties are advised that this is a public line – thus available to the public and press – and no recordings are permitted. If the parties are unavailable at this time, they should notify the Court and propose alternative times for the conference that week.

SO ORDERED.

Dated:    July 2, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge