| | |
|---|---|
| | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/10/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMILTON SUNDSTRAND
CORPORATION; RATIER-FIGEAC SAS,

                    Plaintiffs,

                    v.

AIRCRAFT PROPELLER SERVICE, LLC,

                    Defendant.

No. 19-CV-6472 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons explained during today's telephone conference, Plaintiffs' motion to dismiss is granted. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 33.

    The post-discovery conference on July 17, 2020 is adjourned *sine die*.

SO ORDERED.

Dated:    July 10, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge